## IN THE UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA BRETSCHNEIDER DONCOUSE,<br><br>　　　　Plaintiff,<br><br>-against-<br><br>LONGCHAMP USA, INC., AND CJ TAN SPRING LLC,<br><br>　　　　Defendants. | Case No.: 1:19-cv-00481-GBD<br><br><br><br><br><br>**DEFENDANT LONGCHAMP USA INC.'S RULE 7.1 DISCLOSURES** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Longchamp USA, Inc., by and through its attorneys, states:

　　　　1.　　Longchamp USA, Inc., a Delaware corporation, is a subsidiary of Jean Cassegrain SAS, a privately-held French entity.

　　　　2.　　No publicly-held corporation owns more than 10% of Longchamp USA, Inc.'s stock.

Date: March 29, 2019　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　SAUL EWING ARNSTEIN & LEHR LLP

　　　　　　　　　　　　　　　　　　　　　　By: */s/ Ruth A. Rauls*
　　　　　　　　　　　　　　　　　　　　　　Ruth A. Rauls, Esq.
　　　　　　　　　　　　　　　　　　　　　　650 College Road East, Suite 4000
　　　　　　　　　　　　　　　　　　　　　　Princeton, New Jersey 08540
　　　　　　　　　　　　　　　　　　　　　　(609) 452-5049
　　　　　　　　　　　　　　　　　　　　　　ruth.rauls@saul.com

　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

34706228.1