# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACIELA BRETSCHNEIDER DONCOUSE,<br><br>        Plaintiff,<br><br>-against-<br><br>LONGCHAMP USA, INC., AND CJ TAN SPRING LLC,<br><br>        Defendants. | Case No.: 1:19-cv-00481-GBD<br><br><br><br><br><br>**DEFENDANT CJ TAN SPRING, LLC'S RULE 7.1 DISCLOSURES** |

       Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CJ Tan Spring LLC, by and through its attorneys, states:

       1.    CJ Tan Spring, LLC, a New York limited liability company, has no parent company.

       2.    No publicly-held corporation owns more than 10% of CJ Tan Spring, LLC's stock (or membership interest).

Date: March 29, 2019

Respectfully submitted,

SAUL EWING ARNSTEIN & LEHR LLP

By: */s/ Ruth A. Rauls*
Ruth A. Rauls, Esq.
650 College Road East, Suite 4000
Princeton, New Jersey 08540
(609) 452-5049
ruth.rauls@saul.com

*Attorneys for Defendants*

34706271.1